IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **WILLIAM EARL DOUNLEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | Civil Action No. 3:08-CV-1388-O |
| v. | § | |
| | § | |
| **MICHAEL J. ASTRUE,** | § | |
| **Commissioner of Social Security,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, *Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act* is **GRANTED, in part**. Plaintiff is awarded attorney's fees in the amount of $11,901.73 and costs in the amount of $350.00.

SIGNED this 23rd day of February, 2010.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**